PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Nick Colon   **Docket Number:** 03-00483-001
**PACTS Number:** 36433

**Name of Sentencing Judicial Officer:** HONORABLE William H. Walls, USDJ

**Date of Original Sentence:** 07/13/2004

**Original Offense:** Conspiracy to Distribute a Controlled Substance (Heroin)

**Original Sentence:** 30 months imprisonment; 3 years supervised release; 100 special assessment

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 11/30/06

**Assistant U.S. Attorney:** R. Joseph Gribko, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Michael P. Koribanics, Esq., 685 Van Houten Avenue, Clifton, New Jersey 07013, (973)928-0059

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 25, 2008, Colon was arrested in Paterson, New Jersey, for Possession of Marijuana and Manufacture/Distribution of a Controlled Dangerous Substance. This case remains pending at the Passaic County Superior Court, indexed at indictment number 08-10-01347. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 2/18/09

PROB 12C - Page 2<br>Nick Colon

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: March 30, 2009
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

16 Mar 09
Date